UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

KIRK LINDSAY WILSON,   No. 12-11995

                Debtor(s).
_____/

KIRK LINDSAY WILSON,

                Plaintiff(s),

    v.   A.P. No. 14-1106

UNITED STATES OF AMERICA,

                Defendant(s).
_____/

Memorandum on Motion for Attorney's Fees
_____

    Section 106(a)(4) of the Bankruptcy Code allows the court to award a money judgment against a governmental unit, but only when the award is consistent with nonbankruptcy law. When a debtor seeks attorneys fees after litigation with the IRS for violation of the discharge injunction, the award must be consistent with 26 U.S.C. § 7430. *Jove Engineering, Inc. v. IRS,* 92 F.3d 1539, 1560 (11th Cir. 1996).

1

1  Section 7430(c)(4)(B)(i) of Title 26 provides that a party shall not be treated as a prevailing
2  party for attorney's fees purposes if the position of the IRS was substantially justified.  The court so
3  finds in this case.  While none of the cases cited by the IRS clearly supported its position, there were
4  no cases adverse to the IRS on the same facts either.  There is no evidence that the IRS violated
5  applicable published guidance.

6  The issue of dischargeability of the tax penalties was a close question. The plain mandate of
7  *McKay v. U.S.*, 957 F.2d 689, 693 ($9_{th}$ Cir. 1992), was that the penalties were dischargeable, but the
8  court acknowledged that the facts in that case were not identical with those here.  If the court was
9  wrong to apply *McKay,* then the IRS position would have merit.  Since the position of the IRS had a
10 reasonable basis in both law and fact, it was substantially justified.  Wilson is therefore not entitled to
11 attorney's fees even though the court agreed with his legal position.  *In re Yochum*, 89 F.3d 661, 671
12 (9th Cir. 1996); *Norgaard v. C.I.R.,* 939 F.2d 874, 881 (9th Cir. 1991).

13 For the foregoing reasons, Wilson's request for attorney's fees will be denied.  His counsel
14 shall submit a form of judgment which reflects this denial.

16 Dated:  April 6, 2015

Alan Jaroslovsky
U.S. Bankruptcy Judge

2